Herbert **RICHARDS**, Appellant, v. **UNITED STATES** of America.

No. 8966.

Circuit Court of Appeals, Eighth Circuit.

July 15, 1930.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed, on petition of counsel for appellee, under Rule 16.

**S. R. ROSEBERG**, Petitioner, v. **David BURNET**, as Commissioner of Internal Revenue, Respondent.

No. 5887.

Circuit Court of Appeals, Ninth Circuit.

Nov. 14, 1930.

Before RUDKIN and WILBUR, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered judgment filed and entered modifying order of Board of Tax Appeals to provide that deficiency in federal income tax for the calendar year 1920 is $5,698.36 and for calendar year 1921 is $24,670.38; mandate forthwith.

Grover B. **ROWLAND** et al., Appellants, v. Manila **BRADLEY**.

No. 8868.

Circuit Court of Appeals, Eighth Circuit.

July 22, 1930.

Boyle G. Clark and Paul M. Peterson, both of Columbia, Mo., for appellants.

J. A. Walden and C. M. Hulen, both of Moberly, Mo., and Ruby M. Hulen, of Columbia, Mo., and Marion Hulen, for appellee.

PER CURIAM.

Appeal dismissed at costs of appellants, but without taxation of attorney fee, per stipulation of parties.

Grover B. **ROWLAND** et al., Appellants, v. Hannah **WRIGHT**.

No. 8869.

Circuit Court of Appeals, Eighth Circuit.

July 22, 1930.

Boyle G. Clark and Paul M. Peterson, both of Columbia, Mo., for appellants.

J. A. Walden and C. M. Hulen, both of Moberly, Mo., and Ruby M. Hulen, of Columbia, Mo., and Marion Hulen, for appellee.

PER CURIAM.

Appeal dismissed at costs of appellants, but without taxation of attorney fee, per stipulation of parties.

Saverio **SCIORTINO**, Plaintiff-Appellant, v. **DIMON STEAMSHIP CORPORATION**, Defendant-Appellee.

No. 42.

Circuit Court of Appeals, Second Circuit.

Nov. 3, 1930.

David M. Fink and Jacquin Frank, both of New York City, for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Wm. Paul Allen and G. H. Merritt, both of New York City, of counsel), for appellee.

Before SWAN and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment [39 F.(2d) 210] affirmed.